UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -5 PM 1:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 03-20305-Ma |
| | ) | |
| DAMIEN HUGHES | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Stuart J. Canale, Assistant U.S. Attorney applies to the Court for a Writ to have Damien Hughes, TOMIS# 266306, DOB 6-19-80, SSN 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, is now being detained in the Whiteville Correctional Facility, Whiteville, Tennessee, appear before the Honorable Diane K. Vescovo 13th July, 2005, at 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 1st day of July, 2005.

_____
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Damien Hughes appear before the Honorable Diane K. Vescovo. at the date and time aforementioned.

ENTERED this 5th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-5-05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:03-CR-20305 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT