IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                   NO. 03-20305-Ma

DAMIEN HUGHES,

    Defendant.

---

### ORDER EXTENDING MOTIONS DEADLINE

---

Before the court is defendant Damien Hughes' October 27, 2005, motion for permission to file a motion to suppress after the motions deadline in this matter. The motion is moot and is denied because the Clerk of Court accepted and filed the defendant's motion to suppress on October 27, 2005. The motion is deemed filed on that date.

IT IS SO ORDERED this 31st day of October, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:03-CR-20305 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT