IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ ___ D.C.

05 NOV 30 AM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Criminal No. <u>03-20305-Ma</u> |
| | * | |
| **DAMIEN HUGHES,** | * | |
| | * | |
| Defendant. | * | |

### ORDER

Upon motion of the United States and for good cause shown, the indictment in the above referenced case is hereby DISMISSED.

IT IS SO ORDERED this 30th day of November 2005.

*/s/ Samuel H. Mays*

SAMUEL H. MAYS
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Stuart J. Canale*

Stuart J. Canale
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-05-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CR-20305 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT